```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF MINNESOTA
```

Rev. Augustus G. Miantona, Sr.,   Civil No. 19-cv-0098 (DSD/TNL)

       Plaintiff,

v.

                                     **ORDER**

Wal-Mart Stores, Inc. et al.,

       Defendants.

Based upon the report and recommendation by United States Magistrate Judge Tony N. Leung dated June 28, 2019, along with all the files and records, and no objections to said Recommendation having been filed,[1] **IT IS HEREBY ORDERED** that:

    1.   The report and recommendation [ECF No. 9] is adopted in its entirety; and

    2.   This matter is dismissed without prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Date: July 30, 2019                      /s David S. Doty
                                            David S. Doty, Judge
                                            United States District Court

---

[1] Plaintiff filed two requests for waiver of service after the report and recommendation was issued, but neither document affects the analysis contained in the report and recommendation or the court's determination. See ECF Nos. 10-11.